UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  | x |  |
|---|---|---|
| IN RE SYMBOL TECHNOLOGIES, INC. SECURITIES LITIGATION | : : : : : : | Civil Action No. 05-CV-3923 (DRH) |
| THIS DOCUMENT RELATES TO: All Actions | : : x |  |

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that William Kennedy Dodds, partner with the firm Dechert LLP, hereby moves for withdrawal of his appearance as counsel for defendant William R. Nuti, and Mark T. Greenquist and removal from service of any further pleadings in connection with the above-captioned matter, by reason of Mr. Dodds's sabbatical from Dechert LLP as of March 1, 2012.

Dechert LLP remains as counsel for defendant William R. Nuti, and Mark T. Greenquist in this matter and the appearances by any other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
March 5, 2012

> Respectfully submitted,
>
> DECHERT LLP
>
> By: ___/s/ William Kennedy Dodds___
> William Kennedy Dodds
> william.dodds@dechert.com
> 1095 Avenue of the Americas
> New York, New York 10036
> (212) 698-3500

**SO ORDERED**, on this _____ day of _____, 2012.

_____
U.S.D.J.