

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**KATHLEEN N. MASSEY**

kathleen.massey@dechert.com
+1 212 698 3686 Direct
+1 212 698 0473 Fax

December 16, 2013

**VIA ECF**

Honorable Denis R. Hurley
United States District Judge
Honorable A. Kathleen Tomlinson
Magistrate Judge
United States District Court for the
 Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

Re: *In re Symbol Technologies, Inc. Securities Litigation*, No. 05-CV-3923 (DRH)

Dear Judge Hurley and Magistrate Judge Tomlinson:

We represent Defendants in the above-captioned action. Pursuant to Rule 2E of Judge Hurley's Individual Practice Rules, we write to request an extension and an adjournment.

We respectfully request an extension of Defendants' time to answer the Consolidated Amended Class Action Complaint, which was filed on August 30, 2006 (the "Complaint"). Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants' answer is currently due by December 19, 2013. Given the passage of time since the Complaint was filed, Defendants seek an extension until February 19, 2014 to file their answer.

Additionally, Defendants respectfully request that the Court adjourn the date of the discovery conference. By Order entered on December 9, 2013, Magistrate Judge Tomlinson scheduled the conference for January 10, 2014. Defendants seek an adjournment of the conference to March 7, 2014, or at such other time as the Court may be available. Defendants request this adjournment to allow time to collect the relevant documents and to evaluate, at least preliminarily, what documents can be produced when.

We have conferred with counsel for Lead Plaintiff, Joshua B. Silverman of Pomerantz Grossman Hufford Dahlstrom & Gross LLP. Mr. Silverman consents to the requested extension and adjournment, subject to Defendants' agreement to make initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure by the end of January 2014.



On October 6, 2006, Defendants and Lead Plaintiff previously submitted a joint stipulation setting forth a briefing schedule for Defendants' motion to dismiss. *See* ECF No. 28. That briefing schedule was so ordered by this Court on October 12, 2006. *See* ECF No. 29.

Respectfully,

Kathleen N. Massey

cc: Joshua B. Silverman, Esq. (via ECF)
*Counsel for Lead Plaintiff*