# Exhibit Z

**CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS**

1) I, _Peter Myers, Fund Director_ at Iron Workers, Local #580, Pension Fund make this declaration on behalf of Iron Workers, Local #580, Pension Fund pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934.

2) I have reviewed the Complaint against Symbol Technologies, Inc., and authorize, if necessary, the filing of a comparable Complaint on behalf of Iron Workers, Local #580, Pension Fund.

3) Iron Workers, Local #580, Pension Fund did not purchase Symbol Technologies, Inc. common stock at the direction of plaintiffs' counsel or in order to participate in any private action arising under Title I of the Securities Exchange Act of 1934.

4) Iron Workers, Local #580, Pension Fund is willing to serve as a representative party on behalf of a Class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. Iron Workers, Local #580, Pension Fund understands that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Block Grossman & Gross LLP may exercise its discretion in determining whether to move on Iron Workers, Local #580, Pension Fund's behalf for appointment as lead plaintiff.

5) Attached hereto as Exhibit A is a list of all of Iron Workers, Local #580, Pension Fund's transactions in Symbol Technologies Inc.'s common stock during the relevant period.

6) During the three year period preceding the date on which this Certification is signed Iron Workers, Local #580, Pension Fund has not sought to serve as a representative party on behalf of a class under the federal securities laws, except as follows:

Bradley Pharmaceuticals, Inc.

(7) Iron Workers, Local #580, Pension Fund agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed __9/30/05__ (Date), at __New York, N.Y.__ (City, State)

__Peter Myers__ (Signature)

__PETER MYERS__ (Type or Print Name)

2

**SYMBOL TECHS INC**
**CLASS PERIOD: MAY 10 2004 through AUG 01 2005**

10/06/2005vk

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Held | 67-Day* Mean Avg $9.3848 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Local 580 Pen - Trilogy | 12/02/04 | 7,700 | $15.8680 | $122,184 | | | | | | | |
| | 12/15/04 | 4,800 | $15.3350 | $73,608 | | | | | | | |
| | 06/09/05 | 8,800 | $10.9000 | $95,920 | | | | | | | |
| | | 21,300 | | $291,712 | | | | | 21,300 | $199,896 | ($91,816) |
| Local 580 Annuity - Trilogy | 12/02/04 | 5,800 | $15.8680 | $92,034 | | | | | | | |
| | 12/15/04 | 3,600 | $15.3350 | $55,206 | | | | | | | |
| | 06/09/05 | 6,700 | $10.9000 | $73,030 | | | | | | | |
| | | 16,100 | | $220,270 | | | | | 16,100 | $151,095 | ($69,175) |
| Local 580 Ins - Trilogy | 12/02/04 | 1,800 | $15.8680 | $28,562 | | | | | | | |
| | 12/15/04 | 1,100 | $15.3350 | $16,869 | | | | | | | |
| | 06/09/05 | 2,000 | $10.9000 | $21,800 | | | | | | | |
| | | 4,900 | | $67,231 | | | | | 4,900 | $45,986 | ($21,245) |
| Consolidated Local 580 | | 42,300 | | $579,213 | | | | | 42,300 | $396,977 | ($182,236) |

* From Aug 01 - Oct 06 2005

damages\sbl3