# POMERANTZ LLP

**Michael J. Wernke**                                     600 Third Avenue
mjwernke@pomlaw.com                             New York, New York 10016
                                          T: 212.661.1100   F: 212.661.8665

July 1, 2015

<u>**Via Electronic Case Filing**</u>

Hon. A. Kathleen Tomlinson
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     *In re Symbol Technologies, Inc. Secs. Litig.*, **No. 05-cv-3923 (E.D.N.Y)**

Dear Judge Tomlinson:

We represent Lead Plaintiff Iron Workers Local #580 Pension Fund ("Lead Plaintiff") in connection with the above-captioned action.  We move pursuant to Sections I.D and III.A.1 of Your Honor's Individual Practice Rules to request an extension of time to respond to Defendants' motion to compel (Dkt. #133), filed yesterday, June 30, 2015.

Pursuant to Section III.A.1 of your Honor's Rules, Lead Plaintiff's response is currently due to be filed by Monday July 6, 2015.  Given the upcoming Independence Day holiday weekend and that we are currently working diligently to finalize a mediation statement, which the parties will be exchanging on July 8, 2015, <u>we request an extension until Friday July 10, 2015</u>. No previous extension has been requested and the extension will not affect any other scheduled dates.  I have contacted counsel for Defendants and they have confirmed that they do not object to this request.

Respectfully submitted,

/s/ *Michael J. Wernke*
Michael J. Wernke

cc:     Counsel of Record